*The Honorable John C. Coughenour*

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| MICHAEL SUBRATTIE, individually,<br><br>Plaintiff,<br><br>v.<br><br>DUNLAP TOWING COMPANY, a<br>Washington Corporation,<br><br>Defendant. | **IN LAW AND ADMIRALTY**<br><br>**Case No. 2:25-cv-02182-JCC**<br><br>[~~PROPOSED~~] ORDER <u>GRANTING</u> **THE PARTIES STIPULATED MOTION TO AMEND TRIAL DATE AND RELATED DEADLINES** |

THIS MATTER came before the Court on **Dkt 13** the Stipulated Motion of Plaintiff Michael Subrattie, by and through his attorney Nigel T. Stacey of Stacey & Jacobsen, PLLC, and Defendant Dunlap Towing Company, by and through their attorneys Molly Henry and Julia Davis of Schwabe, Williamson & Wyatt, P.C., (collectively "the parties") for an Order allowing for a change in trial date and extension of all current deadlines.

THIS COURT, having reviewed the Stipulated Motion, finds that good cause exists to extend all deadlines as follows:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery completed by (All discovery, including expert | June 8, 2026 | October 26, 2026 |

**ORDER GRANTING THE PARTIES STIPULATED MOTION TO AMEND TRIAL DATE & RELATED DEADLINES** - 1 (Case No. **2:25-cv-02182-JCC**)

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

| disclosures and all fact and expert depositions) | | |
|---|---|---|
| All motions related to discovery must be filed by (*see* LCR 7(d)) | Not currently set | October 26, 2026 |
| Settlement conference held no later than (*see* LCR 39.1(b)(5) if parties are interested in pro bono mediation) | June 22, 2026 | November 2, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | July 7, 2026 | November 10, 2026 |
| All motions in limine must be filed by All motions in limine shall be filed as one motion | September 25, 2026 | January 29, 2027 |
| Agreed Pretrial order due | September 25, 2026 | January 29, 2027 |
| Deposition Designations must be submitted to the court (not filed on CM/ECF) by: (*see* LCR 32(e)) | Not currently set | January 29, 2027 |
| ~~Pretrial conference to be held at 01:30 pm on~~ | ~~Not currently set~~ | ~~February 1, 2027, or as the Court requests~~ |
| Proposed verdict forms, voir dire and jury instructions | September 28, 2026 | February 1, 2027 |
| Trial briefs~~, proposed findings of fact and conclusions of law by~~ | October 1, 2026 | February 4, 2027 |
| Jury Trial Date | October 5, 2026 at 9:00 a.m. | Trial by Jury February 8, 2027 at 09:00 am |
| Length of Trial | 9 days | 9 days |

**IT IS SO ORDERED**

DATED this 17th day of April, 2026.

_____
The Honorable John C. Coughenour
United States District Court Judge

**ORDER GRANTING THE PARTIES
STIPULATED MOTION TO AMEND
TRIAL DATE & RELATED DEADLINES** - 2
(Case No. **2:25-cv-02182-JCC**)

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100

**Presented by:**

STACEY & JACOBSEN PLLC

By: _/s/ Nigel T. Stacey_____
    Nigel T. Stacey, WSBA #55458
    nstacey@maritimelawyer.us
    4039 21st Avenue W, Suite 401
    Seattle, WA 98199
    Telephone:    206.282.3100
    Facsimile:    206.282.1149
    *Attorney for Plaintiff*

**Approved as to Form/Entry:**

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _/s/ Molly J. Henry_____
    Molly J. Henry, WSBA #40818
    mhenry@schwabe.com
    Julia Davis, WSBA #62997
    jdavis@schwabe.com
    1420 5th Avenue, Suite 3400
    Seattle, WA 98101
    Telephone:  206.622.1711
    Facsimile:   206.292.0460
    *Attorneys for Defendant*

**ORDER GRANTING THE PARTIES STIPULATED MOTION TO AMEND TRIAL DATE & RELATED DEADLINES** - 3
(Case No. **2:25-cv-02182-JCC**)

STACEY & JACOBSEN, PLLC
ATTORNEYS AT LAW
WASHINGTON ALASKA OREGON
4039 21ST AVENUE WEST, SUITE 401
SEATTLE, WA 98199
TELEPHONE (206) 282-3100