THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MICHAEL SUBRATTIE, an individual, | IN LAW AND ADMIRALTY |
|---|---|
| Plaintiff, | Case No. 2:25-cv-02182-JCC |
| v. | **ORDER GRANTING STIPULATED MOTION TO SET ADDITIONAL PRETRIAL DEADLINES** |
| DUNLAP TOWING COMPANY, a Washington Corporation, | |
| Defendant. | |

## **ORDER**

THIS MATTER came before the Court on the parties' stipulated motion (**Dkt 15**) to set additional pretrial deadlines. The Court, having considered the joint motion and the pleadings on file in this action, finds that, based upon the joint motion and agreement of the parties, good cause exists to set the additional pretrial deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Parties' Expert Disclosures and Reports | (none) | July 6, 2026 |
| Parties' Rebuttal Expert Reports | (none) | September 4, 2026 |
| All motions related to discovery must be filed by | October 26, 2026 | (no change) |

ORDER GRANTING SECOND STIPULATED JOINT
MOTION TO CONTINUE TRIAL AND RELATED
DATES - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

141428\280501\50888986.v1

SIGNED this 27th day of May 2026.

_John C. Coughenour_

_____

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented By:
SCHWABE, WILLIAMSON & WYATT, P.C.

By: _/s/ Julia Davis_
　　Molly J. Henry, WSBA #40818
　　Email: mhenry@schwabe.com
　　Julia Davis, WSBA #62997
　　Email: jdavis@schwabe.com
　　1420 5th Avenue, Suite 3400
　　1420 5th Avenue, Suite 3400
　　Seattle, WA  98101-4010
　　Telephone: 206-622-1711
　　Facsimile: 206-292-0460

　　*Attorneys for Defendant*

STACEY & JACOBSEN PLLC

By: _/s/ Nigel T. Stacey_
　　Nigel T. Stacey, WSBA #55458
　　Email: nstacey@maritimelawyer.us
　　4039 21st Avenue West, Suite 401
　　Seattle, WA 98199
　　Telephone: 206-282-3100
　　Facsimile: 206-282-1149

　　*Attorneys for Plaintiff*

ORDER GRANTING SECOND STIPULATED JOINT
MOTION TO CONTINUE TRIAL AND RELATED
DATES - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

141428\280501\50888986.v1